

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2021

No. 04-20-00446-CV

Edward Harral **ROBERTS**,
Appellant

v.

Carmen S. Lopez **ROBERTS**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-04-35492-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a reply brief is granted. We order the brief due June 10, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court